# Court of Appeals
# of the State of Georgia

ATLANTA,___October 18, 2016_____

*The Court of Appeals hereby passes the following order:*

## A17A0376. CECELIA P. SAUNDERS et al. v. WRI PROPERTY MANAGEMENT, LLC et al.

Cecelia P. Saunders filed in the trial court an "Affidavit of Illegality," in which she claimed that a previous order of the trial court granting a writ of possession in favor of WRI Property Management, LLC, was void and unenforceable. She filed a notice of appeal of the purported denial of the affidavit directed to the Supreme Court, which transferred the appeal to this Court. The trial court record does not contain any filings subsequent to the filing of the affidavit.

Saunders's appeal is premature because, given the apparent absence of a trial court order, we have nothing to review. See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010); see also *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009) (this Court is for the correction of errors and will not consider issues on which the trial court has not ruled). Accordingly, Saunders's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,_____10/18/2016_____*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*